UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VILI TAUELANGI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 11-cv-05862-BHS-JRC<br><br>ORDER TO PROVIDE PROOF OF SERVICE OR TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED |

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261, 271-72 (1976).

Because there is no evidence in the record that this case has been properly served, the Court hereby orders plaintiff to provide proof of service or show cause by June 29, 2012 why this matter should not be dismissed for lack of prosecution.

ORDER TO PROVIDE PROOF OF SERVICE OR
TO SHOW CAUSE WHY THIS MATTER
SHOULD NOT BE DISMISSED - 1

Fed. R. Civ. P. 4(m) requires a defendant to be served within 120 days after a complaint is filed.  Fed. R. Civ. P. 4(l) requires proof of service to be filed or made to the court.  At this time, although the complaint in this matter was filed on October 21, 2011, the record does not show that the complaint has been properly served (see ECF No. 3).

Fed. R. Civ. P. 4(i) governs service with respect to complaints against the United States and against United States agencies, officers and employees. See Fed. R. Civ. P. 4(i); see also Villegas v. Astrue, U.S. Dist. LEXIS 55223 at *1-*2 (C.D. Cal. April 18, 2012) (*citing* Fed. R. Civ. P. 41(b)).

Fed. R. Civ. P. 4(m) requires the court to provide notice to plaintiff before the matter may be dismissed for lack of prosecution, and Rule 4(i)(4) requires the court to allow a reasonable time for plaintiff to cure a failure to serve multiple entities, if plaintiff has effected service on either the United States attorney or the Attorney General of the United States.

Plaintiff is hereby ordered to provide proof of service or show cause why this matter should not be dismissed for lack of prosecution by June 29, 2012.  Failure to provide proof of service or show cause may result in a Report and Recommendation to dismiss this action.

Dated this 14th day of May, 2012.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER TO PROVIDE PROOF OF SERVICE OR
TO SHOW CAUSE WHY THIS MATTER
SHOULD NOT BE DISMISSED - 2