UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VILI TAUELANGI,

          Plaintiff,

v.

MICHAEL J ASTRUE,

          Defendant.

CASE NO. C11-5862 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's complaint is **DISMISSED without prejudice**.

Dated this 28th day of August, 2012.

                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER