UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VILI TAUELANGI,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J ASTRUE,<br><br>              Defendant. | CASE NO. C11-5862 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's complaint is **DISMISSED without prejudice**.

Dated this 28th day of August, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER